UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:
ANTHONY M. FLOYD

Debtor

Chapter 7

Case No. 05-24385

SHERIDEN WOODS HEALTH CARE CENTER, INC.
    Plaintiff

v.

ANTHONY M. FLOYD

    Defendant

Adversary Proceeding
No. 06-2009

**APPEARANCES:**

Edward M. Rosenthal, Esq.
Rosenthal Law Firm, LLC, 12 North Main Street, Suite 10, West Hartford, CT 06107
Counsel for Plaintiff

John A. Barbieri, Esq.
18 Cedar Street, P.O. Box 1445, New Britain, CT 06050
Counsel for Defendant-Debtor

## RULING DENYING MOTION FOR RECONSIDERATION

I.

The court, on February 1, 2007, entered a judgment in the above entitled matter denying the motion of Sheriden Woods Health Care Center, Inc. ("the plaintiff") for summary judgment and granting summary judgment in favor of Anthony M. Floyd ("the defendant-debtor"). The plaintiff, by motion dated February 8, 2007, and filed

February 12, 2007, requested "an extension of thirty (30) days in which to file any motions addressing the Judgment of the Court dated February 1, 2007." The court, by order filed February 15, 2007, granted "an extension to 3/14/07." The plaintiff by motion ("the instant motion") dated March 15, 2007, and filed March 19, 2007, requested reconsideration of "the judgment of February 1, 2007", pursuant to D.Conn. L.Civ.R. 7(c), made applicable in bankruptcy proceedings by D.Conn. LBR 1001-1(b). The defendant-debtor has not filed a response to the instant motion.

## II.

### A.

Rule 7(c), entitled "Motions for Reconsideration," provides as follows:

> 1. Motions for reconsideration shall be filed and served within ten (10) days of the filing of the decision or order from which such relief is sought, and shall be accompanied by a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court overlooked in the initial decision or order.
>
> 2. In all other respects, motions for reconsideration shall proceed in accordance with Rule 7(a)1 of these Local Rules [motion procedures involving disputed issues of law].

### B.

The court denies the instant motion on two grounds. First, as is apparent from Section I, <u>supra</u>, the instant motion has been filed untimely. Secondly, the court concludes that the instant motion's memorandum does not set forth "concisely the matter or controlling decisions which counsel believes the Court overlooked in the initial decision," as mandated by Rule 7(c)1. The additional citations provided by the plaintiff in the instant motion are inapposite to the court's February 1, 2007 judgment.

### III.

The plaintiff's motion for reconsideration is denied.

Dated at Hartford, Connecticut this 12th day of April, 2007.

_____
ROBERT L. KRECHEVSKY
UNITED STATES BANKRUPTCY JUDGE

3